IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS FRAUSTO, JR., | ) | No. C 10-0495 JSW (PR) |
| Petitioner, | ) | |
| | ) | **ORDER OF TRANSFER** |
| vs. | ) | |
| | ) | |
| R. GROUNDS, Warden, | ) | (Docket No. 2) |
| Respondent. | ) | |

Petitioner, a prisoner of the State of California, currently incarcerated at the Correctional Training Facility in Soledad, California, has filed a petition for a writ of habeas corpus in this Court challenging the constitutionality of his state conviction from Riverside County. Petitioner has also filed an application to proceed *in forma pauperis* (docket no. 2).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Central District of California forthwith. In light of the transfer, this Court will not resolve Petitioner's pending motion (docket no. 2).

IT IS SO ORDERED.

DATED: February 11, 2010

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESUS FRAUSTO JR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R GROUNDS et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV10-00495 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesus Frausto
J70419
CTF Soledad
P.O. Box 689
Soledad, CA 93960

Dated: February 11, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk