# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS FRAUSTO, JR., | ) | Case No. EDCV 10-234 VBF(JC) |
| Petitioner, | ) | |
| | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| | ) | |
| R. GROUNDS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 5, 2013

*/s/ Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE